MANDATE

02-00067

# United States Court of Appeals
## For the First Circuit

USDCRI
Judge Lisi

No. 03-1647

UNITED STATES OF AMERICA,
Appellee,

v.

RICHARD P. CALLIPARI,
Defendant, Appellant.

**JUDGMENT**
**Entered: May 19, 2005**

Consistent with the order of the court entered this date, the conviction and sentence of Richard P. Callipari are affirmed.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 6/10/05

**By The Court:**
Richard C. Donovan, Clerk

MARGARET CARTER

By: Margaret Carter, Chief Deputy Clerk

[Certified copies Hon. Mary Lisi and Mr. David DeMarzio, Clerk, United States District Court for Rhode Island. Copies to Ms. Chaitowitz, Mr. Ryan, Mr. Collora, Mr. Galvin, Mr. Donnelly, Mr. Mullin, Mr. Bookbinder, Ms. Baron-Evans and Mr. Osborne.]