12-23-05A09:45 RCVD

| PROB.22 (Rev. 2/88)<br><br>**TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Tran. Court)<br>1:02CR00067-001ML<br><br>DOCKET NUMBER (Rec. Court)<br>05-CR-1305 (SCR) | |
|---|---|---|---|
| NAME AND ADDRESS OF SUPERVISED RELEASEE<br><br>**Richard P. Callipari**<br>**5 Hill Road**<br>**Washingtonville, NY 10992**<br>**Bronx, NY 10457** | DISTRICT<br>Rhode Island | DIVISION<br>Providence | |
| | NAME OF SENTENCING JUDGE<br><br>Honorable Mary M. Lisi<br>U.S. District Judge | | |
| | DATES OF PROBATION / SUPERVISED RELEASEE | FROM:<br>October 28, 2005 | TO:<br>October 27, 2007 |

OFFENSE

**Count One: Conspiracy to Commit Wire Fraud, Count Two - Eleven: Wire Fraud, and Count Twelve: Endeavoring to Obstruct a SEC Proceeding**

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **SOUTHERN DISTRICT OF NEW YORK** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

November 21, 2005 — *Date*

Mary M. Lisi — *Honorable Mary M. Lisi*, *U.S. District Court Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF NEW YORK**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

December 19, 2005 — *Date*

Stephen C. Robinson — *United States District Judge*